**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 01-50337

---

AMERICAN JEWISH CONGRESS; TEXAS CIVIL RIGHTS PROJECT

Plaintiffs - Appellants

VERSUS

ERIC BOST, in his official capacity; SUE ANN PALMORE, in her official capacity; KATHLEEN MCCORQUODALE, in her official capacity; THE TEXAS DEPARTMENT OF HUMAN SERVICES; JOBS PARTNERSHIP OF WASHINGTON COUNTY (JPWC)

Defendant - Appellees

---

Appeal from the United States District Court
For the Western District of Texas, Austin
A-00-CV-528-SS

---

May 15, 2002

Before DAVIS, BARKSDALE and EMILIO GARZA, Circuit Judges

PER CURIAM:[*]

For the reasons stated by the district court, we agree that this action does not present a live controversy and therefore the claims for injunctive and declaratory relief are moot.

The district court, however, did not consider plaintiffs' claims for monetary damages and those claims are remanded to the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court for further consideration.

AFFIRMED in part and REMANDED.